

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-18-2007

# Gomez-Pulido v. USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4038

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Gomez-Pulido v. USA" (2007). *2007 Decisions.* Paper 1258.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1258

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BLD-156                                                          NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4038
_____

DOMINGO GOMEZ-PULIDO,
Appellant
vs.

UNITED STATES OF AMERICA
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 06-cv-2830)
District Judge: Honorable Michael M. Baylson
_____

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
March 22, 2007
Before:  MCKEE, FUENTES and WEIS, CIRCUIT JUDGES

Filed:  April 18, 2007
_____

OPINION
_____

PER CURIAM.

Domingo Gomez-Pulido appeals the District Court's order denying his

petition filed pursuant to 28 U.S.C. § 2241.  On February 15, 2006, Gomez-Pulido was

indicted for distribution of cocaine in violation of 21 U.S.C. § 841(a)(1).  On June 28,

2006, Gomez-Pulido, who is represented by counsel in his criminal case, filed a pro se §

2241 petition.  The District Court dismissed the petition without prejudice.  Gomez-

1

Pulido filed a timely notice of appeal, and we have jurisdiction under 28 U.S.C. § 1291.

In his petition, Gomez-Pulido requested that the indictment against him be dismissed and he be released from custody. The District Court stated that Gomez-Pulido sought relief which was duplicative of motions pending in his criminal case or that could be filed in his criminal case. In his notice of appeal, Gomez-Pulido argues that the District Court should have converted the petition into a pretrial motion in his criminal case.[1] The District Court did not err in dismissing Gomez-Pulido's petition. The District Court was not required to act on Gomez-Pulido's pro se filings while he is represented by counsel. United States v. Essig, 10 F.3d 968, 973 (3d Cir. 1993).

Summary action is appropriate if there is no substantial question presented in the appeal. See Third Circuit LAR 27.4. For the above reasons, as well as those set forth by the District Court, we will summarily affirm the District Court's order. See Third Circuit I.O.P. 10.6.

---

[1] We note that according to the District Court's electronic docket, Gomez-Pulido entered a guilty plea on November 28, 2006.

2